IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMEREX CORPORATION
d/b/a GETZ MANUFACTURING,

    Plaintiff,

v.                                    CASE NO. 2:11-cv-1518-PWG

DIAMONDBACK EQUIPMENT,
INC. and DAVID CRUM,

    Defendants.

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on January 25, 2012 (doc. 16), supplemented on February 7, 2012 (doc. 19), recommending that the Court GRANT plaintiff's motion for default judgment (doc. 15). Thereafter, the magistrate judge allowed the parties an opportunity in which to file objections. After the supplemental report and recommendation, no objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendations are ACCEPTED. Plaintiff's motion for default (doc. 15) is due to be and hereby is GRANTED. The Court will enter a separate final judgment.

Done the 27th day of February, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE